United States District Court

Frederick C. Vickers
    vs.
Leslie Garcia

FILED
IN CLERKS OFFICE
2011 MAR -2  A 10: 42
U.S. DISTRICT COURT
DISTRICT OF MASS

Discrimination, Gay bashing & Harassment

I Frederick Vickers is a resident of Worcester ma, Worcester County and a Citizen of United States

The defendant Leslie Garcia is a resident of Worcester, ma, Worcester County, and is a citizen of United States

On the eve of December, 29, 2010 I Frederick Vickers was returning home with my boyfriend & some friends. When I arrived at my resident 28 Harlem St, The defendant Leslie Garcia's vehicle was blocking our driveway. I proceded to ring her doorbell. She then came down stairs & said " whats the problem? and if it has to do with my car I will only move it this one time. Then proceded to say " you guys didn't shovel so you cant park there".

I then said "I am not the landlord nor am I the owner of the property so I don't have to shovel" Ms. Garcia then said "you guys (me & my boyfriend) have been nothing but a problem since we moved in". I proceeded to ask her "in what way?" Ms Garcia said "by parking in the driveway" that "I (ms. Garcia) shouldn't be in charge of the parking arrangements" I then said "then maybe it shouldn't be a problem to move your car" She then said that were "ignorant faggits" and then said "we will regret the day our mothers had us" I told her I could give two shits on how she felt about me". Then Ms Garcia proceeded to say "Im a bad bitch" and that she was from the "ghetto of providence" and could have gangmembers watching my apartment I asked "Is that a threat or a promise?" Ms Garcia then said "I cant fucking stand faggits" then I said "I cant stand "bad bitches". She then left and moved her car. She came back into the apartment building and said "I will make your life hell until you move" She then stepped to my door step and I slammed the door in her face.

What I'm asking the courts to do today is to take criminal action. This is a case of gay bashing, Discrimination, and harassment. People of the gay community are humans and deserve to live the way they want with there lifestyle. Bullying has been going on for too long and to come to "my Home" everyday and to live with the ignorance is very hard. With me being a United States Citizen its only right to be treated fairly as any other human. and not by my Sexual Orientation.

    If in order to get my rights as a human being then I will procede to a trial and a Jury!

*Frederick Vickers*
Frederick Vickers
28 Harlem St, Worcester, MA

508-425-1570